**Order entered February 24, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00966-CV

## IN THE INTEREST OF A.V., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-50370-2020**

## ORDER

Before the Court is appellees' February 22, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **March 19, 2021**.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE